IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Arthur Torlucci, Plaintiff,

v.

M.S. Evans & Dept. of Corr. Warden, Defendant.

PRISONER'S IN FORMA PAUPERIS APPLICATION

CV 08 4124 SBA (PR)

E-filing

FILED AUG 2 8 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, Arthur Torlucci, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____    No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

ON SSI FOR MENTAL DISABILITIES ADA

1

306

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment    Yes \_\_\_\_ No _X_
   b. Income from stocks, bonds, or royalties?    Yes \_\_\_\_ No _X_
   c. Rent payments?    Yes \_\_\_\_ No _X_
   d. Pensions, annuities, or life insurance payments?    Yes \_\_\_\_ No _X_
   e. Federal or State welfare payments, Social Security or other government source?    Yes \_\_\_\_ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes \_\_\_\_ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5. Do you own or are you buying a home?    Yes \_\_\_\_ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes \_\_\_\_ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No __X__

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?   Yes _____   No __X__   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No __X__

_____

8. What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

ABOUT 13,500.00 RESTITUTION

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/14/08
DATE

[signature]
SIGNATURE OF APPLICANT

4

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

_____ for the last six months at
[prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: _____          _____
                                Authorized officer of the institution

RECEIVED
JUL 16 2008
COURT OF APPEAL
SIXTH APPELLATE DISTRICT

**STATE OF CALIFORNIA**
**Court of Appeal**
**SIXTH APPELLATE DISTRICT**
**333 WEST SANTA CLARA STREET**
**SAN JOSE, CA 95113**

US District Court
250 S. First St.
San Jose, CA 95113

RECEIVED
2008 AUG 19 PM 3:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.



02 1A
0004397468
MAILED FROM ZIPCODE 95113
UNITED STATES POSTAGE
$00.59⁰
PITNEY BOWES
AUG 18 2008



Arthur Torlucci, K-33910/0-8-122
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

**STATE PRISON GENERATED MAIL**

Trauma Inglis Form
& Trust Withdrawl

State of California
6th Appellate District
Office of the Clerk
Court of Appeals
333 W. Santa Clara St.
San Jose, CA 95113

**LEGAL MAIL ONLY**   #3



02 1A
000497458
MAILED FROM ZIP CODE 93960
$ 00.59⁰
AUG 15 2008
PITNEY BOWES
UNITED STATES POSTAGE

