IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. S. EVANS, Warden, et al.,<br><br>　　　　Defendants.<br>_____ | ) No. C 08-04124 SBA (PR)<br>)<br>) **ORDER GRANTING PLAINTIFF'S**<br>) **MOTION FOR LEAVE TO FILE AN**<br>) **AMENDED COMPLAINT AND**<br>) **DENYING HIS MOTION FOR**<br>) **INJUNCTIVE RELIEF AS PREMATURE**<br>)<br>) (Docket nos. 24, 27)<br>)<br>) |

　　　　In this pro se civil rights action, Plaintiff has filed a motion for leave to file an amended complaint (docket no. 24) and a motion for injunctive relief (docket no. 27). The Court GRANTS Plaintiff's motion for leave to file an amended complaint and DENIES his motion for injunctive relief as premature.

## DISCUSSION

### I.    Plaintiff's Motion for Leave to Amend the Complaint

　　　　A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. See Fed. R. Civ. P. 15(a). The Court notes that Defendants in this action have not been served at this time. Plaintiff may therefore amend his complaint as a matter of course. See id.

　　　　The Court construes Plaintiff's October 6, 2008 filing as a motion for leave to file an amended complaint and a request for a blank civil rights complaint form. The Court GRANTS Plaintiff's motion for leave to file an amended complaint, as specified below, and directs the Clerk of the Court to provide him with a blank form civil rights complaint form on which to do so. The Court notes that since he filed this motion, Plaintiff has filed various documents entitled, "Complaint Under the Civil Rights Act, Title 42 U.S.C. § 1983;" however, at this time it is unclear which document should be used as the operative complaint in this action. Therefore, the Court will allow Plaintiff to file an Amended Complaint, which the Court will review in a separate written Order.

### II.   Plaintiff's Motion for Injunctive Relief

　　　　Plaintiff has also filed a motion for injunctive relief. Plaintiff asks that the Court to order the

prison to "acknowledge [his] 12 month medical hold and for the C/Os delivering [his] inter-department mail to initial it [to prevent it from] being sent back unanswered or late." (Pl's Mot. for Inj. Relief at 1.)

The decision of whether to grant or deny a motion for preliminary injunction is a matter of the district court's discretion. Am. Trucking Ass'ns, Inc. v. City of Los Angeles, 559 F.3d 1046, 1052 (9th Cir. 2009). The standard for assessing a motion for preliminary injunction is set forth in Winter v. Natural Res. Def. Council, Inc., ---U.S. ---, 129 S.Ct. 365, 376 (2008). "Under Winter, plaintiffs seeking a preliminary injunction must establish that (1) they are likely to succeed on the merits; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) a preliminary injunction is in the public interest." Sierra Forest Legacy v. Rey, 577 F.3d 1015, 1021 (9th Cir. 2009).

The Court finds that Plaintiff has not shown sufficient facts to establish that he actually faces irreparable harm. Nor has he shown his probable success on the merits. At any rate, Plaintiff's motion is premature because he has been granted leave to file an amended complaint; therefore, he may renew this motion after he has filed his amended complaint. Accordingly, Plaintiff's motion for injunctive relief  (docket no. 24) is DENIED as premature at this time.

## CONCLUSION

For the forgoing reasons,

1.      The Court GRANTS Plaintiff's motion for leave to file an amended complaint (docket no. 24) and directs the Clerk to provide Plaintiff with a blank civil rights complaint form. The amended pleading must be on the Court's civil rights complaint form and must include the caption and civil case number used in this Order -- No. C 08-04124 SBA (PR) -- and the words AMENDED COMPLAINT on the first page. It must state legibly and concisely the substance of complaint and the relief which Plaintiff seeks. See Fed. R. Civ. P. 8(a). Plaintiff must file his amended complaint within **forty-five (45) days** of this Order. If Plaintiff fails to file an amended complaint within forty-five days as directed, the Court will use the most recently filed document labeled "Complaint Under

2

the Civil Rights Act, Title 42 U.S.C. § 1983," filed on October 30, 2008, as the operative complaint in this action.

2.   The Court DENIES Plaintiff's motion for injunctive relief (docket no. 27) as premature.

3.   This Order terminates Docket nos. 24 and 27.

IT IS SO ORDERED.

DATED: September 30, 2009

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.08\Torlucci4124.pendMOTS.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.
                                      /

Case Number: CV08-04124 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Torlucci K-33910

P:\PRO-SE\SBA\CR.08\Torlucci4124.pendMOTS4.frm

Salinas Valley State Prison

P.O. Box 1050

Soledad, CA 93960-1050

Dated: October 14, 2009

                                            Richard W. Wieking, Clerk

                                            By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California