IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. S. EVANS, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 08-04124 SBA (PR)<br><br>**NOTICE REGARDING INABILITY TO SERVE DEFENDANT R. DIAZ** |

　　　Service has been ineffective on Defendant R. Diaz. The United States Marshal's Office has informed the Court that service could not be completed on this Defendant. The Court has been informed by the litigation coordinator that: "Personnel records for the institution do not reflect employment of a person by this name." (Jan, 11, 2011 Letter from Litigation Coordinator P. Nickerson at 1.)

　　　While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." Rochon v. Dawson, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service and the plaintiff is so informed, the plaintiff must seek to remedy the situation or face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m). See Fed. R. Civ. P. 4(m) (providing that if service of the summons and complaint is not made upon a defendant in 120 days after the filing of the complaint, the action must be dismissed without prejudice as to that defendant absent a showing of "good cause"); see also Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official).

1  No later than **thirty (30) days** from the date of this Order, Plaintiff must provide the Court
2  with a current addresses for Defendant Diaz.  Plaintiff should review the federal discovery rules,
3  Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the
4  current address of this Defendant.
5  **If Plaintiff fails to provide the Court with the current address of Defendant Diaz within**
6  **the thirty-day deadline, all claims against this Defendant will be dismissed without prejudice**
7  **under Rule 4(m).**
8  IT IS SO ORDERED.
9  DATED: 3/22/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.

Case Number: CV08-04124 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Torlucci K-33910
California State Prison - Corcoran
P.O. Box 8800
Corcoran, CA 93212

Dated: March 23, 2011

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.08\Torlucci4124.Locate-Def.wpd        3