IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

    Plaintiff,

v.

VANCE NORUM, et al.,

    Defendants.

No. C 08-04124 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION**

Plaintiff has filed a request for a thirty-day extension of time in which to file his response to Defendants' dispositive motion. Plaintiff claims that he has been "placed in the hole (i.e., administrative segregation)" and that "he needs at least a 30 days extension of time to file his opposition because his legal work is bring withheld from him as well as indigent envelopes." (Pl.'s Mot. at 1.)

Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. In its May 16, 2011 Order, the Court set the deadline for Plaintiff's opposition to be on July 11, 2011. This is Plaintiff's first request for an extension of time to file his opposition. Therefore, the Court finds that a thirty-day extension of time is appropriate. Plaintiff must file his response to Defendants' dispositive motion no later than **August 10, 2011.**

Defendants' reply to the opposition must be filed no later than **August 25, 2011.**

**No further extensions of time will be granted in this case absent exigent circumstances.**

This Order terminates Docket nos. 109 and 110.

IT IS SO ORDERED.

DATED:   7/11/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Torlucci4124.Eot-Oppo.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.

Case Number: CV08-04124 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Torlucci K-33910
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640-9020

Dated: July 12, 2011

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk