IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

    Plaintiff,

v.

VANCE NORUM, et al.,

    Defendants.

No. C 08-04124 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE HIS OPPOSITION**

    Plaintiff has filed another request for a thirty-day extension of time in which to file his opposition to Defendants' dispositive motion.

    Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED IN PART and DENIED IN PART.  While Plaintiff claims that he is "in the hole (administrative segregation)" at the prison where he is presently incarcerated, (Pl.'s Second EOT Req. at 1), he does not specify when his classification status changed or how long he has been housed in administrative segregation.  Plaintiff also claims that "is not being allowed all of his legal material or his medical and mental health records from the ad-seg property officer . . . ."  (Id.)  Finally, he claims that he "is being denied copies of his C-file."  (Id.)

    Plaintiff has already received a previous extension of time to file his opposition.  The original deadline for his response was July 11, 2011.  In an Order dated July 11, 2011, the Court granted Plaintiff's first request for a thirty-day extension of time to file his opposition.  In that Order, the Court informed the parties that Plaintiff may file his opposition no later than August 10, 2011.

    On July 13, 2011, Plaintiff filed another request for an extension of time to file his opposition.  Plaintiff attached a document entitled, "Opposition to Summary Judgement [sic]," which he submitted "in case his etension [sic] of time is not granted."  (July 13, 2011 Opp'n at 3.)  In that document, Plaintiff also complained that he was "in the hole" and that only "some of his legal work

was given to him." (<u>Id.</u> at 2.) He also claimed that he requested to have his "mental/medical records issued to him from the medical records department." (<u>Id.</u> at 3.)

In an Order dated July 15, 2011, Plaintiff's July 13, 2011 request for an extension of time to file his opposition was DENIED as moot. The Court stated, "If Plaintiff fails to file his opposition by the August 10, 2011 deadline, then the Court with construe the document entitled, "Opposition to Summary Judgement [sic]," as his full opposition." (July 15, 2011 Order at 2.)

To date, Plaintiff has not filed another document labeled as his "Opposition;" instead, he is requesting a thirty-day extension of the August 10, 2011 deadline. As mentioned above, Plaintiff has already received thirty additional days to file his opposition. Nevertheless, the Court finds that a brief two-week extension of time is appropriate. Plaintiff must file his opposition to Defendants' dispositive motion no later than **August 26, 2011.** Defendants' reply to the opposition must be filed no later than **September 12, 2011.**

**No further extensions of time will be granted in this case absent exigent circumstances.**

This Order terminates Docket no. 116.

IT IS SO ORDERED.

DATED: 8/17/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Torlucci4124.grant2NDEOT.wpd                2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR TORLUCCI,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.

Case Number: CV08-04124 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Torlucci K-33910
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640-9020

Dated: August 17, 2011

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk