**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>    Plaintiff,<br><br>  v.<br><br>VANCE NORUM, et al.,<br><br>    Defendants.<br>_____ / | No. C 08-4124 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES; DENYING AS MOOT HIS MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION; DENYING HIS MOTIONS FOR LEAVE TO FILE AN AMENDED COMPLAINT AND FOR A TRO OR PRELIMINARY INJUNCTION; AND SETTING BRIEFING SCHEDULE**<br><br>(Docket nos. 121, 124, 125, 126) |

Before the Court are Plaintiff's oppositions to Defendants' dispositive motion (docket nos. 122, 123) both filed on August 16, 2011, and his motion for leave to file a memorandum of points and authorities -- in support of his oppositions -- that exceeds the twenty-five page limitation (docket no. 126). The Court finds Plaintiff has shown good cause for his request to exceed the page limitation. Accordingly, Plaintiff's motion (docket no. 126) is GRANTED with further directions for the Clerk of the Court below.

Also before the Court are Plaintiff's "Motion for Summary Judgment" (docket no. 120), and his motion entitled, "Rule 9 Motion to Expand the Record Under Rule 7" (docket no. 125), which will be construed as his motion for an extension of time to file his opposition. The Court DENIES as moot his request for an extension of time to file his opposition (docket no. 125), as the Court already addressed this request in its Order dated August 17, 2011. The record shows that Plaintiff has been granted an extension of time up to and including August 26, 2011. (Aug. 17, 2011 Order at 2.) Therefore, Plaintiff's oppositions and his memorandum of points and authorities in support of his oppositions were timely filed on August 16, 2011 and August 22, 2011, respectively. The parties are directed to abide by the briefing schedule outlined below relating to Plaintiff's pending motion for summary judgment.

Plaintiff has also filed a document entitled, "Plaintiffs [sic] Amended Complaint Under 28 U.S.C. § 1915A and Preliminary Injunction Motion," which was only marked as "RECEIVED" by the Clerk. However, the Court construes this document as another request for leave to file an amended complaint.[1] The Clerk is directed to file this document and to docket it as his "Request for Leave to File an Amended Complaint." Finally, Plaintiff has moved for a temporary restraining order (TRO) or preliminary injunction requiring that he "be properly medicated with Serax, Tylenol 3 and Methadone (or similar opiates) for his scoliosis [sic], cirvical [sic] lumbar neck pain and Fibromyalgia," and that he be granted "permanent single cell status based on . . . [the] battery against him on 12/13/10." (Mot. for TRO at 1.) The Court notes that Plaintiff's present civil rights complaint for damages under 42 U.S.C. § 1983 alleged constitutional violations that occurred while he was incarcerated at Salinas Valley State Prison (SVSP); however, he has since been transferred to Mule Creek State Prison (MCSP). In the instant motion for a TRO or preliminary injunction, Plaintiff is challenging the conditions of his confinement at MCSP. Similarly, in his request for leave to file an amended complaint, Plaintiff seeks to amend his complaint to "name new defendants," including "the chief medical officer . . . warden . . . [and] chief pysch" at MCSP. (Mot. to Am. Compl. at 1.) Accordingly, the aforementioned motions (docket nos. 121, 124) are DENIED without prejudice to filing an action in the Eastern District of California, where MCSP is located. As mentioned above, supra note 1, the instant action will be limited to damages for Defendants' actions/omissions while Plaintiff was incarcerated at SVSP, which is located in this district.

**CONCLUSION**

For the foregoing reasons, the Court orders as follows:

1.  Plaintiff's motion to exceed the page limitation (docket no. 126) is GRANTED. The Clerk of the Court is directed to file the document attached to his motion and to docket it as his "Memorandum of Points and Authorities in Support of Plaintiff's Oppositions to Defendants'

---

[1] In an Order dated May 16, 2011, the Court denied Plaintiff's previously-filed request for leave to file an amended complaint. At that time, the Court determined that "Plaintiff's case may only proceed on the Eighth Amendment claims for deliberate indifference to serious medical and mental health needs as well as deliberate indifference to his safety needs against Defendants Rushen, Gauch, Norum, Hedrick, Diaz, Sid and Evelsizor." (May 16, 2011 Order at 4.)

1 Dispositive Motion." The Clerk is also directed to mark the aforementioned document as filed on
2 August 22, 2011, the date it was received.

3     2. The Court DENIES as moot his request for an extension of time to file his opposition
4 (docket no. 125). Defendants are reminded that their reply to Plaintiff's oppositions must be filed no
5 later than **September 12, 2011**. (Aug. 17, 2011 Order at 2.)

6     3. No later than the same deadline as their reply, **September 12, 2011**, Defendants are
7 directed to respond to Plaintiff's motion for summary judgment. Plaintiff may file a reply to
8 Defendants' response to his motion for summary judgment no later than **September 22, 2011**.
9 Plaintiff's motion for summary judgment shall be deemed submitted as of the date the reply brief is
10 due. No hearing will be held on the motion unless the Court so orders at a later date. **As previous
11 extension of time have already been granted, no further extensions will be granted in this case.**

12     4. The Clerk is directed to file the document entitled, "Plaintiffs [sic] Amended
13 Complaint Under 28 U.S.C. § 1915A and Preliminary Injunction Motion" (docket no. 124), and to
14 docket it as his "Request for Leave to File an Amended Complaint."

15     5. Plaintiff's request for leave to file an amended complaint and his motion for a TRO or
16 preliminary injunction (docket nos. 121, 124) are DENIED without prejudice to filing an action in
17 the United States District Court for the Eastern District of California.

18     6. The Court will resolve the pending dispositive motions filed by Defendants and
19 Plaintiff in a separate written Order.

20     7. This Order terminates Docket nos. 121, 124, 125 and 126.
21     IT IS SO ORDERED.

22 Dated: 8/25/11
23                                            SAUNDRA B. ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

ARTHUR TORLUCCI,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.

Case Number: CV08-04124 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Torlucci K-33910
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640-9020

Dated: August 25, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk