IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VANCE NORUM, et al.,<br><br>　　　　Defendants. | No. C 08-04124 SBA (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EXCERPTS OF RECORD**<br><br>Docket No. 156 |

　　　On August 28, 2008, Plaintiff Arthur Torlucci, an inmate at Kern Valley State Prison, filed the instant pro se civil rights action. On September 30, 2011, the Court granted Defendants' motion for judgment on the pleadings. On November 14, 2011, Plaintiff filed a notice of appeal.

　　　Plaintiff has now filed a motion for copies of all excerpts of record. In this motion, Plaintiff indicates that he does not have copies of any of the documents filed in this case because he was in administrative segregation at the time he filed many of his submissions and he could not make copies. He requests that the Court send him copies of all documents filed in this case including the complaints, motions, oppositions, replies and orders so that he can pursue his appeal.

　　　The docket of Plaintiff's appeal, Torlucci v. Norum, No. 11-17738, shows that briefing on the appeal is now complete. See Dkt. 40 in appeal No. 11-17738. Therefore, this motion is denied as moot.

　　　However, the Court directs the Clerk to enclose a form for Plaintiff to request any copies from the Clerk and make payment for such copies. Plaintiff may submit the enclosed form requesting copies and make payment for them to the Clerk. Once payment is received, the Clerk will send Plaintiff a copy of the documents he requests.

This Order terminates Docket no. 156.

IT IS SO ORDERED.

DATED: 12/10/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Torlucci4124.Deny Copies.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI, | Case Number: CV08-04124 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M S EVANS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Arthur Torlucci K-33910
Kern Valley State Prison
P.O. Box 6000
3000 W. Cecil Avenue
Delano, CA 93216

Dated: December 13, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk